E. L. MILLER, Individually and as Vice President of Shell Oil Company, and Shell Oil Company, a Corporation, Appellants, v. WEST COAST PETROLEUM CORPORATION, Appellee.

No. 7512.

Circuit Court of Appeals, Ninth Circuit.

Nov. 14, 1934.

McCutchen, Olney, Mannon & Greene, J. M. Mannon, Jr., F. F. Thomas, Jr., and Wm. E. Wright, all of San Francisco, Cal., for appellants.

Poe, Falknor, Falknor & Emory, Judson F. Falknor, and De Wolfe Emory, all of Seattle, Wash., and Lillick, Olson & Graham and Charles G. Graham, all of San Francisco, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed, without costs to either party; mandate forthwith.

MILLINERY CENTER BUILDING CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 75.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1934.

Edmund S. Kochersperger, of Washington, D. C. (Herman A. Brand, of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and John MacC. Hudson, Sp. Assts. to the Atty. Gen., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision reversed on the authority of Bonwit Teller & Co. v. Commissioner (C. C. A.) 53 F.(2d) 381, 82 A. L. R. 325.

In the Matter of Nicholas MORANO, Appellant. Tony Burnoski, Appellee.

No. 25.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1934.

Arthur L. Burchell, of Brooklyn, N. Y., for bankrupt.

Michaels & Michaels, of New York City (William A. Michaels, of New York City, of counsel), for creditor appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed.

In the Matter of MUNICIPAL TELEPHONE & UTILITIES CO. et al., In Bankruptcy.

No. 10150.

Circuit Court of Appeals, Eighth Circuit.

Oct. 17, 1934.

E. Charles Eichenbaum, of Little Rock, Ark., for S. R. Morgan.

PER CURIAM.

Petition of S. R. Morgan for appeal from order of United States District Court, Western District of Missouri, denied.